THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL LAMPORT, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEDA BAUER RUHL, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Information of WILLIAM J. SCHMITT, Respondent, v. HERTZ DRIVURSELF STATIONS, INC., a Corporation, Appellant.— Judgment of conviction by a city magistrate sitting as a Court of Special Sessions reversed on the law and the facts, information dismissed and defendant discharged on the ground that the prosecution failed to show that the omission complained of had a tendency to injure the health of defendant's employees. Appeal from order denying motion for a new trial dismissed. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

LEONORE SALMON, Appellant, v. JACQUES SALMON, Respondent.— Order denying, on reargument, plaintiff's motion to modify final judgment of divorce reversed on the facts, without costs, and the matter remitted to the Special Term for a further hearing as to the true financial condition of the defendant. We are not satisfied that the amount found by the official referee as the net income of the defendant for the years 1927–1930, inclusive, is correct. It seems doubtful from the record whether the copartners, during this period, expended the amount allowed by the official referee for traveling expenses and maintenance charges. We think a more thorough investigation of this subject should be made. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

STEINWAY BUILDING CO., INC., Respondent, v. GEORGE PAXINOS, Defendant, and CONSTANTINE S. BROCOUM, Appellant. (Appeal No. 2.) — Order adjudging appellant in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

HARRY WEINSTEIN, Respondent, v. ROXY THEATRES CORPORATION, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.